IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02432-RPM

JAMES DETTERLINE,

        Plaintiff,

v.

GALE A. NORTON, in her official capacity as Secretary,
United States Department of the Interior,

        Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Pursuant to Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. #28), filed on June 30, 2006, it is

ORDERED that the motion is granted and the Scheduling Order is amended as follows:

1. Expert Witness Disclosure Deadline: August 4, 2006.

2. Rebuttal Expert Witness Disclosure Deadline: September 12, 2006.

3. Discovery Cut-Off Date: October 18, 2006.

4. Dispositive Motion Deadline: November 20, 2006.

DATED: July 3, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge