IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02432-RPM

JAMES DETTERLINE,

        Plaintiff,

v.

DIRK KEMPTHORNE, in his official capacity as Secretary,
United States Department of the Interior,

        Defendant.

___

## ORDER
___

Upon consideration of Defendant's Unopposed Motion for Entry of a Protective Order (Doc. #32), filed on October 13, 2006, it is

ORDERED that the motion is denied for failure to refer to D.C.COLO.LCivR 7.2 and 7.3

DATED: October 16, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge