**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Case No. 04-cv-02432-RPM

JAMES L. DETTERLINE,

    Plaintiff,

v.

DIRK KEMPTHORNE, in his official capacity as Secretary,
United States Department of the Interior,

    Defendant.

---

## ORDER

---

This matter is before the Court pursuant to Plaintiff's Motion for Approval of a Supersedeas Bond and for Stay of Execution ( Dkt. #68). Good cause having been shown:

It is ORDERED that Plaintiff will post a check in the amount of $1,776.44 with the Clerk of the Court as security for the costs awarded to Defendant. It is FURTHER ORDERED that execution is stayed until completion of Plaintiff's appeal to the Tenth Circuit Court of Appeals.

SO ORDERED this 5th day of November, 2007.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Senior Judge Richard P. Matsch
                      United States District Judge